

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00658-CR

James E. **SALDANA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 365341
Honorable Scott Roberts, Judge Presiding

## O R D E R

Appellant seeks to appeal a judgment signed by the trial court that recites: "The court was informed that there was a plea bargain agreement and that the defendant personally agreed to the terms of such agreement." The clerk's record, however, does not contain the referenced plea bargain. Accordingly, the trial court clerk is ORDERED to prepare and file a supplemental clerk's record containing the written plea bargain within 5 days of the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court